No. 92–1765. CULLEN v. HOUSING AUTHORITY OF SACRAMENTO COUNTY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–1773. WALKER v. WINDOM ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–1775. RAWL SALES & PROCESSING CO. v. UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST ET AL.; and
No. 92–1945. PITTSTON CO. ET AL. v. UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–1776. JOHNSON v. LYNCH, DBA FORREST HILLS SHOPPING CENTER, ET AL. Ct. App. Ky. Certiorari denied.

No. 92–1779. CARTER ET AL. v. CITY OF ST. LOUIS ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 92–1780. GEICK v. KAY, PRESIDENT, BOARD OF TRUSTEES OF THE VILLAGE OF LAKE ZURICH, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–1781. CASEY ET AL. v. NATIONSBANK OF TEXAS, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1785. IHC HOSPITALS, INC., ET AL. v. DECKER. C. A. 10th Cir. Certiorari denied.

No. 92–1787. NEWMAN v. VOINOVICH, GOVERNOR OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 92–1792. HELINSKI v. ROSENBERG. Ct. App. Md. Certiorari denied.

No. 92–1796. SANDERS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 92–1800. LEWIS ET AL. v. BABCOCK INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1811. MCCULLOM ET AL. v. BOARD OF EDUCATION OF THE PRINCETON CITY SCHOOL DISTRICT ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.